IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TIFFANY LEVERETT, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-38 |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

**O R D E R**

The Court has been advised by counsel for the Plaintiff that the above-captioned case has settled and that a settlement agreement has been finalized. (Doc. 26.) Plaintiff has not, however, requested dismissal of the case, and instead has simply stated that "[a]ny trials or hearings in this matter may be stricken from the Court's calendar." (Id.)

Thus, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008). Within forty-five (45) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within forty-five (45) days, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 27th day of January, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA